[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.]
DECISION RE: MOTIONS TO DISMISS
CT Page 8485MOTIONS FOR SUMMARY JUDGMENT
The motions to dismiss (Item numbers 224, 226, and 230) are denied. See Worsham v. Greifenberger, 242 Conn. 432 (1997).
The motions for summary judgment (Item numbers 225, 228 and 231) are denied. See Corcoran v. Kurtyka, 9 CSCR 602 Sup. Ct., j.d. Ansonia/Milford (Rush, J., May 6, 1994); Taylor v. CoyneTextiles Services, Sup. Ct., j.d. of New London (Leuba, J., April 19, 1994); Rowland Products, Inc. v. Sanitary Wastedisposal Co., 23 Conn. Sup. 106 (1961); Cote v. Boudreau,20 Conn. Sup. 28 (1956).
THIM, JUDGE